QUEENS LAND AND TITLE COMPANY, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, as Trustee, and Another, Respondents.— Motion to dismiss appeal denied, on condition that appellant perfect its appeal, place the case on the February calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

THE RANDEL CONCRETE CONSTRUCTION COMPANY, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, as Trustee, etc., and Others, Respondents.— Motion to dismiss appeal denied, on condition that appellant perfect its appeal, place the case on the February calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

MARGARITA STOLLBERG, Appellant, v. GEORGE STOLLBERG, Respondent. — Motion denied, without costs. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

FRANK T. CRAVEN and FREDERICK D. LINCOLN, Copartners, etc., Respondents, v. LACKAWANNA BRIDGE COMPANY, Defendant, and FRANK MAYER, the Name " Frank " Being Fictitious, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

NORA BLATCH DEFOREST, Respondent, v. LEE DEFOREST, Appellant.— Order reversed and motion denied, upon the ground that the child's welfare at the present time does not require modification of the judgment under which plaintiff was awarded possession of the child and undertook its maintenance and education. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

JOHN M. DIGNEY, Respondent, v. THE CITY OF WHITE PLAINS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

EMPIRE ARCHITECTURAL IRON WORKS, INC., and Others, Appellants, v. WILLIAM A. THOMAS and Others, Individually and as Trustees, etc., and Another, Respondents.— The plaintiffs, appellants, are mistaken in their claim that the order appealed from vacates the order previously made for examination of the defendants before trial. On the contrary, the right of the plaintiffs, appellants, to that examination is presented by the order appealed from, which directs the defendants to file an account of their proceedings, which is the principal relief demanded in the complaint, and adjourns the examination before trial until after the account is filed. The adjournment of the examination was a matter addressed to the discretion of the judge who granted it. Plaintiffs are in no way prejudiced, but, on the contrary, the filing of the account will be in aid of the examination, and benefit all concerned. Order affirmed, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.